# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0346
_____

GERALD E. WILSON III,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

March 28, 2024

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gerald E. Wilson III, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.